Todd M. Friedman, Esq. (216752)
Law Offices of Todd M. Friedman, P.C.
324 S. Beverly Dr., #725
Beverly Hills, CA 90212
Phone: (877) 206-4741
Fax: (866) 633-0228
tfriedman@AttorneysForConsumers.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TIFFANY ZAPALOWSKI,** Individually and On Behalf of All Others Similarly Situated, <br><br>Plaintiff, <br><br>vs. <br><br>**CASHCALL, INC.,** <br><br>Defendant. | Case No. 8:15-cv-00014-JFW-JPR <br><br> **JOINT STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE AS TO THE NAMED PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS** |

NOW COME THE PARTIES by and through their attorneys to respectfully move this Honorable Court to dismiss this matter with prejudice as to the Named Plaintiff, and without prejudice as to the Putative Class, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorney fees. A proposed order has been concurrently submitted to this Court via email.

Stipulation to Dismiss- 1

The notice and approval requirements of Federal Rule of Civil Procedure 23(e)[1] are inapplicable to the parties' settlement and dismissal of this putative class action because this action has not been certified as a class.

The Parties agree that this Court can proceed to dismiss this Action entirely with prejudice as to the Named Plaintiff and without prejudice as to the Putative Class.

Respectfully submitted this 2nd day of April, 2015

By: s/Todd M. Friedman, Esq.
TODD M. FRIEDMAN
Attorney for Plaintiffs

By: s/Jared M. Toffer, Esq.
JARED TOFFER
Attorney for Defendants

---

[1] Federal Rule of Civil Procedure 23(e) states "[t]he claims, issues or defenses of a certified class may be settled, voluntarily dismissed, or compromised only with the Court's approval.

1  Filed electronically on this 2nd day of April, 2015, with:

2  United States District Court CM/ECF system

3
4  Notification sent electronically via the Court's ECF system to:

5  Honorable Judge John F. Walter
   United States District Court
6  Central District of California

7
8  Jesse S Finlayson
   Finlayson Toffer Roosevelt and Lilly LLP
9
10 Jared M Toffer
   Finlayson Toffer Roosevelt and Lilly LLP
11
12 This 2nd day of April, 2015

13
   s/Todd M. Friedman, Esq.
14 TODD M. FRIEDMAN

15

16

17

18

19

20

21

22

23

24

25

26

27

28